# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| THOMAS W. RAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　Defendant. | No.  4:11-cv-00334-RP-HCA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff and Defendant, and jointly stipulate and agree that the above-styled case be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Clifford A. Godiner* | */s/ Matthew H. Morgan (with permission)* |
| Clifford A. Godiner | James Kaster |
| Thompson Coburn LLP | Matthew H. Morgan |
| One US Bank Plaza | Nichols Kaster, PLLP |
| St. Louis, Missouri  63101 | 4600 IDS Center |
| (314) 552-6000 | 80 South Eighth Street |
| FAX (314) 552-7000 | Minneapolis, MN 55402 |
| | (612) 256-3200 |
| 　　and | FAX (612) 338-4878 |
| | |
| Bruce E. Johnson | 　　and |
| Cutler Law Firm, P.C. | |
| 1307 50th Street | William W. Graham |
| West Des Moines, IA 50266 | Wesley T. Graham |
| (515) 223-6600 | Graham, Ervanian & Cacciatore, LLP |
| FAX (515) 223-6787 | 317 Sixth Avenue, Suite 900 |
| | Des Moines, IA 50309 |
| Attorneys for Defendant | (515) 244-9400 |
| | FAX (515) 282-4235 |
| | |
| | Attorneys for Plaintiff |

6062615

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2014, I electronically filed the foregoing Stipulation For Dismissal With Prejudice with the Court using the CM/ECF system, which will send notification of such filing, via electronic mail, to all attorneys of record for the Plaintiff.

/s/ Clifford A. Godiner

3439360